IN THE COMMONWEALTH COURT OF PENNSYLVANIA

State Farm Mutual Automobile :
Insurance Company, :
     Petitioner :
      :
   v.   :
      :
Commonwealth of Pennsylvania, :
Insurance Department, Theresa D. :
Miller, Acting Insurance Commissioner, :
    Respondents :  No. 167 C.D. 2015

# **O R D E R**

NOW, November 16, 2015, having considered intervenor's "motion for rehearing and or *en banc* panel review", the motion is denied.

         _____
         DAN PELLEGRINI,
         President Judge